United States District Court
Middle District of Florida
Tampa Division

_____United States of America_____     *   CASE NO. 8:13-CV-778-T-33TGW
_____        *   DIVISION __Tampa__
Plaintiff(s)
                                              FLORIDA BAR NO. _____
vs.                                       *
_____Carlos G. Borges_____              *
_____        *
Defendant(s)

FILED 13 MAY 29 AM 8:03

# MOTION FOR RELIEF FROM JUDGMENT OR ORDER

The Plaintiff _____ /Defendant __Carlos G. Borges__ moves to vacate, amend, or correct the __entry of defendant's default__, entered on __May 14, 2013__, in this action for the following reasons:

1. ____    Clerical mistake.
2. ____    Mistake, inadvertence, surprise or excusable neglect.
3. ____    Newly discovered evidence not discoverable within ten (10) days after trial.
4. ____    Fraud, misrepresentation, or misconduct.
5. ✔      Judgment is void or satisfied, released, or discharged.

EXPLANATION: __I have not received documentation providing proof of this debt.__

Meritorious Defense (for setting aside default or judgment)
__I dispute the amount of this debt and ownership of this debt.__

**UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT I BELIEVE THE FACTS I HAVE STATED ARE TRUE.**

_/s/ Carlos G. Borges_          _5/28/13_
Attorney/Plaintiff/Defendant     Date

_4708 Carlyle Rd._              _813 732 5580_
Address                          Telephone

_Tampa, FL 33615_
City, State, Zip Code

## CERTIFICATE OF SERVICE

I certify that copy of hereof has been furnished to _Hillsborough County Clerks office_
by [✓] hand delivery [ ] mail [ ] fax this __29__ day of __May 2013__ ,
_____.

_____
Attorney/Plaintiff/Defendant