FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CASE NO.: 8:13-CV-778-T-33TGW

13 MAY 29  AM 8: 38

TAMPA, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CARLOS G. BORGES | )   CASE NO.: 8:13-CV-778-T-33TGW |
| Defendant | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

## ANSWER

1.      This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S.Constitution and 28 U.S.C. § 1345.  **ADMIT**

2.      The defendant is a resident of Hillsborough County, Florida within the jurisdiction of this Court.   **ADMIT**

3. The Debt owed the USA is as follows:

A. Current Principal (after application of all

prior payments, credits, and offsets)                    $12,430.22

B. Current Capitalized Interest Balance and Accrued Interest       $8,482.06

**TOTAL OWED**                                              **$20,912.28**

The certificate of Indebtedness attached as Exhibit "A" shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the respective Certificate of Indebtedness, is correct as of the

date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgement interest accrues at the rate of 6.88% per annum or $2.34 per day.        **ANSWER: I DO NOT KNOW WHETHER THE STATEMENT IS TRUE OR NOT.**

4.      Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**ANSWER: I DO NOT KNOW WHETHER THE STATEMENT IS TRUE OR NOT.**

Respectfully submitted,

By:_____ 5/28/13

Carlos Borges

4708 Carlyle Rd

Tampa,Fl 33615